UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> FUJIAN HONGAN ELECTRIC CO., Ltd, et al., <br><br> Defendant. | Case No: 3:10-cv-03961-WHA <br><br> [~~PROPOSED~~] ORDER DISMISSING CLAIMS AGAINST FRONTIER LIGHTING INC. WITH PREJUDICE AND WITHOUT COSTS |

The court having been advised by counsel for Leviton Manufacturing Co., Inc. and Frontier Lighting, Inc. that a settlement has been reached between these parties, the claims asserted by Leviton against Frontier are hereby dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs

Dated:  November 9, 2010.

_____
Honorable William Alsup
United States District Judge