UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> FUJIAN HONGAN ELECTRIC CO., Ltd, et al., <br><br> Defendant. | Case No: 3:10-cv-03961-WHA <br><br> [~~PROPOSED~~] ORDER DISMISSING CLAIMS AGAINST DEERSO, INC. WITH PREJUDICE AND WITHOUT COSTS |

The court having been advised by counsel for Leviton Manufacturing Co., Inc. and Deerso Inc. that a settlement has been reached between these parties, the claims asserted by Leviton against Deerso are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Entered this __9__ day of November, 2010.

_____
Honorable William Alsup
United States District Judge