UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC.,<br><br>Plaintiff,<br><br>vs.<br><br>FUJIAN HONGAN ELECTRIC CO., Ltd, et al.,<br><br>Defendant. | Case No: 3:10-cv-03961-WHA<br><br>[PROPOSED] ORDER DISMISSING CLAIMS AGAINST INGRAM PRODUCTS, INC., WITH PREJUDICE AND WITHOUT COSTS |

The court having been advised by counsel for Leviton Manufacturing Co., Inc. and Ingram Products, Inc. that a settlement has been reached between these parties, the claims asserted by Leviton against Ingram Products are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Entered this  29th  day of November, 2010.

_____
Honorable William Alsup
United States District Judge