IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FUJIAN HONGAN ELECTRIC CO., LTD., *et al.*,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. C 10-03961 WHA<br><br><br>**ORDER REGARDING FILING OF ANSWERS** |

On October 22, 2010, this action was stayed until the determination of the corresponding investigation by the U.S. International Trade Commission becomes final. Notwithstanding this stay, defendants may file answers to the complaint in this action if they so choose.

**IT IS SO ORDERED.**

Dated: December 3, 2010.

　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE