UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

LEVITON MANUFACTURING CO., INC.,

   Plaintiff,

vs.

FUJIAN HONGAN ELECTRIC CO., Ltd, et al.,

   Defendant.

Case No: 3:10-cv-03961-WHA

[PROPOSED] ORDER PARTIALLY DISMISSING CLAIMS AGAINST WAREHOUSE-LIGHTING.COM LLC WITHOUT PREJUDICE AND WITHOUT COSTS

The court has been advised by counsel for Leviton Manufacturing Co., Inc.("Leviton") that Leviton has been ordered by the United States District Court for the District of New Mexico to dismiss its claims against Warehouse-Lighting.com LLC ("Warehouse-Lighting") to the extent that these claims are based upon Warehouse-Lighting's purchase and sale of products manufactured by General Protecht Group, Inc. ("General Protecht").  Leviton has filed a notice of partial dismissal of its claims against Warehouse Lighting.  Having reviewed this notice, IT IS HEREBY ORDERED THAT:

The First Cause of Action against Warehouse-Lighting is dismissed without prejudice to the extent that it is based on products manufactured by General Protecht.

The Third Cause of Action against Warehouse-Lighting is dismissed without prejudice to the extent it is based on products manufactured by General Protecht.

Neither the First nor Third Causes of Action against Warehouse-Lighting is dismissed to the extent that they are based on allegations that Warehouse-Lighting has sold products manufactured by an entity other than General Protecht.

Each party shall bear its own attorneys' fees and costs.

Entered this  16th  day of December, 2010.

_____
Honorable William Alsup
United States District Judge