UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., <br><br>Plaintiff,<br><br>vs.<br><br>FUJIAN HONGAN ELECTRIC CO., Ltd, et al.,<br><br>Defendant. | Case No: 3:10-cv-03961-WHA<br><br>[PROPOSED] ORDER DISMISSING SECURELECTRIC CORPORATION AND G-TECHT GLOBAL CORPORATION AND PARTIALLY DISMISSING CLAIMS AGAINST GENERAL PROTECHT GROUP, INC., ALL WITHOUT PREJUDICE AND WITHOUT COSTS |

The court has been advised by counsel for Leviton Manufacturing Co., Inc. ("Leviton") that Leviton has been ordered by the United States District Court for the District of New Mexico to dismiss its claims against General Protecht Group, Inc. ("General Protecht"), SecurElectric Corporation ("SecurElectric"), and G-Techt Global Corporation ("G-Techt") to the extent that these claims are based upon the purchase and sale of products manufactured by General Protecht. Leviton has filed a notice of dismissal of its claims against SecurElectric and G-Techt and of partial dismissal of its claims against General Protecht. Having reviewed this notice, IT IS HEREBY ORDERED THAT:

The First Cause of Action against General Protecht, SecurElectric, and G-Techt are dismissed without prejudice.

The Third Cause of Action against General Protecht, SecurElectric, and G-Techt are dismissed without prejudice.

Accordingly, SecurElectric and G-Techt are dismissed without prejudice from this suit. The Fourth Cause of Action remains pending against General Protecht.

Each party shall bear its own attorneys' fees and costs.

Entered this  16th  day of December, 2010.

_____
Honorable William Alsup
United States District Judge