IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>FUJIAN HONGAN ELECTRIC CO., LTD., *et al.*,<br><br>  Defendants. | No. C 10-03961 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference previously set for March 31, 2011, is **CONTINUED** to **11:00 A.M. ON SEPTEMBER 15, 2011**. The parties shall submit a joint statement no later than **SEVEN CALENDAR DAYS** prior to the conference providing an update on the status of the ITC investigation and the related action in New Mexico. If the ITC's final determination is made before September 15, the parties shall notify the Court within **TEN DAYS** after such determination.

**IT IS SO ORDERED.**

Dated: March 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE