**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> FUJIAN HONGAN ELECTRIC CO., LTD., et al., <br><br> Defendants. | Case No: 3:10-cv-03961-WHA <br><br> ~~[PROPOSED]~~ **ORDER DISMISSING CLAIMS AGAINST WAREHOUSE-LIGHTING.COM LLC, WITH PREJUDICE AND WITHOUT COSTS** |

The court having been advised by counsel for Leviton Manufacturing Co., Inc. ("Leviton") and Warehouse-Lighting.Com LLC ("Warehouse-Lighting") that a settlement has been reached between these parties, the claims asserted by Leviton against Warehouse-Lighting are hereby dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

Entered this  29th  day of  March , 2011.

_____
Honorable William Alsup
United States District Judge