UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> FUJIAN HONGAN ELECTRIC CO., LTD., et al., <br><br> Defendants. | Case No: 3:10-cv-03961-WHA <br><br> [PROPOSED] ORDER DISMISSING CLAIMS AGAINST READY WHOLESALE ELECTRIC & LIGHTING, INC., D/B/A READY WHOLESALE ELECTRICAL SUPPLY, WITH PREJUDICE AND WITHOUT COSTS |

The court having been advised by counsel for Leviton Manufacturing Co., Inc. ("Leviton") and Ready Wholesale Electric and Lighting, Inc., d/b/a Ready Wholesale Electric Supply ("Ready Wholesale"), that a settlement has been reached between these parties, the claims asserted by Leviton against Ready Wholesale are hereby dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

Entered this  29th  day of  March        , 2011.

_____
Honorable William Alsup
United States District Judge