**FOLEY & LARDNER LLP**
GEORGE C. BEST, CA BAR NO. 255555
gbest@foley.com
GINA A. BIBBY, CA BAR NO. 242657
gbibby@foley.com
975 PAGE MILL ROAD
PALO ALTO, CA 94304
TELEPHONE:   650.856.3700
FACSIMILE:   650.856.3710

**FOLEY & LARDNER LLP**
LISA S. MANKOFSKY (Admitted *Pro Hac Vice*)
lmankofsky@foley.com
3000 K STREET, N.W., SUITE 500
WASHINGTON, DC 20007-5109
TELEPHONE:   202.672.5300
FACSIMILE:   202.672.5399

ATTORNEYS FOR PLAINTIFF
LEVITON MANUFACTURING CO., INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> FUJIAN HONGAN ELECTRIC CO., LTD., et al., <br><br> Defendants. | Case No:  5:10-cv-03961-EJD <br><br> **MOTION TO WITHDRAW AND [PROPOSED] ORDER PERMITTING WITHDRAWAL** <br><br> Judge:  Honorable Edward J. Davila |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 11-5(a), George C. Best, of Foley & Lardner LLP, hereby gives notice of his request to withdraw as counsel for Plaintiff Leviton Manufacturing Co., Inc. in the above captioned action.  Gina A. Bibby of Foley & Lardner LLP, 975 Page Mill Road, Palo Alto, California 94304-1125, and Lisa S. Mankofsky of Foley & Lardner LLP, 3000 K Street, N.W., Suite 3500, Washington, District of Columbia 20007-5109, will continue as counsel of record for Leviton Manufacturing Co., Inc.

Dated: June 30, 2011

FOLEY & LARDNER LLP

By:  /s/ *Georege C. Best*
    GEORGE C. BEST
    GINA A. BIBBY
    LISA S. MANKOFSKY *(pro hac vice)*

Attorneys for Plaintiff
Leviton Manufacturing Co., Inc.

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: July 1, 2011

    HONORABLE EDWARD J. DAVILA
    United States District Court Judge