1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., | Case No: 5:10-cv-03961-EJD |
| Plaintiff, | [~~PROPOSED~~] **ORDER DISMISSING CLAIMS AGAINST CENTRAL PURCHASING, LLC, WITH PREJUDICE AND WITHOUT COSTS** |
| vs. | |
| FUJIAN HONGAN ELECTRIC CO., LTD., et al., | |
| Defendants. | |

The Court having been advised by counsel for Leviton Manufacturing Co., Inc. ("Leviton") and Central Purchasing, LLC ("Central Purchasing") that a settlement has been reached between these parties, the claims asserted by Leviton against Central Purchasing are hereby dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

Entered this __27th__ day of __July_____, 2011.

_____
Honorable Edward J. Davila
United States District Judge