**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., | Case No: 5:10-cv-03961-EJD |
| Plaintiff, | [~~PROPOSED~~] **ORDER DISMISSING CLAIMS AGAINST HARBOR FREIGHT TOOLS, USA, INC., WITH PREJUDICE AND WITHOUT COSTS** |
| vs. | |
| FUJIAN HONGAN ELECTRIC CO., LTD., et al., | |
| Defendants. | |

The Court having been advised by counsel for Leviton Manufacturing Co., Inc. ("Leviton") and Harbor Freight Tools, USA, Inc. ("Harbor Freight") that a settlement has been reached between these parties, the claims asserted by Leviton against Harbor Freight are hereby dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

Entered this _27th_ day of ___July___, 2011.

_[signature]_

Honorable Edward J. Davila
United States District Judge

SVCA_888713.1