**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC.,<br><br>Plaintiff,<br><br>vs.<br><br>FUJIAN HONGAN ELECTRIC CO., LTD., et al.,<br><br>Defendants. | Case No. 5:10-cv-03961-EJD<br><br>[PROPOSED] ORDER DISMISSING CLAIMS AGAINST ZHEJIANG EASTING HOUSE ELECTRIC CO., COST LESS LIGHTING, INC., C & S SALES LLC, D/B/A KK LITE.COM, AND LITTMAN BROTHERS ENERGY SUPPLIES, INC., WITHOUT PREJUDICE |

The Court having been advised by Plaintiff Leviton Manufacturing Co., Inc. ("Leviton") that service was attempted, but could not be effectuated for Defendants Zhejiang Easting House Electric Co., Cost Less Lighting, Inc., C & S Sales LLC, d/b/a KK Lite.com, and Littman Brothers Energy Supplies, Inc., the claims asserted by Leviton against Zhejiang Easting House Electric Co., Cost Less Lighting, Inc., C & S Sales LLC, d/b/a KK Lite.com, and Littman Brothers Energy Supplies, Inc. are hereby dismissed without prejudice. All parties shall bear their own costs and attorneys' fees.

Entered this __6th__ day of October, 2011.

_____
Honorable Edward J. Davila
United States District Judge