UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., </br>   Plaintiff, </br> v. </br> FUJIAN HONGAN ELECTRIC CO., LTD. ET AL., </br>   Defendants. | Case No.: 5:10-CV-03961 EJD </br></br> **ORDER REGARDING STAY** </br></br> **(Re: Docket No. 111)** |

On October 22, 2010, the court stayed this action until the determination of the ITC investigation becomes final. See Order Staying Case Pending Outcome of ITC Investigation at 2: 14-16, Docket No. 29. On July 2, 2012, the parties submitted a case management conference statement indicating that they agree the stay should continue through appeal of the ITC determination to the Federal Circuit. See Case Management Statement at 8-10, Docket No. 111. Plaintiff, however, states that "for the stay to be extended beyond the Final Determination by the ITC to include exhaustion of all appeals, a modification of the October 22 Order is necessary and the Appearing Defendants should file a motion seeking such relief. Leviton would not oppose any motion by the Appearing Defendants that seeks such a modification of the October 22 Order." Id. at 10:9-13. Because the parties agree the stay should continue and the court finds no reason to remove the stay at this time,

1       IT IS HEREBY ORDERED that the action is stayed until all appeals of the ITC
2  determination have been exhausted, and the Clerk shall ADMINISTRATIVELY CLOSE this
3  matter. This order does not preclude any party from moving to reopen this action.
4       IT IS FURTHER ORDERED that, every six months, the parties shall submit joint status
5  statements to inform the court of any developments that may warrant removing the stay. The first
6  status statement shall be filed no later than January 3, 2013. Additionally, upon completion of the
7  appeals, the parties shall file a notice requesting the matter be reopened and that a case
8  management conference be scheduled.
9       IT IS FURTHER ORDERED that the case management conference scheduled for July 6,
10 2012 is VACATED.

Dated: July 2, 2012

_____
EDWARD J. DAVILA
United States District Judge

2

Case No.: 5:10-CV-03961 EJD
ORDER REGARDING STAY