# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> FUJIAN HONGAN ELECTRIC CO., LTD., et al., <br><br> Defendants. | Case No: 5:10-cv-03961-EJD <br><br> **[PROPOSED] ORDER DISMISSING CLAIMS AGAINST AMERICAN ACE SUPPLY INC., WITH PREJUDICE AND WITHOUT COSTS** |

The Court having been advised by counsel for Leviton Manufacturing Co., Inc. ("Leviton") and American Ace Supply Inc. ("American Ace") that a settlement has been reached between these parties, the claims asserted by Leviton against American Ace are hereby dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

Entered this __7th__ day of ___December___, 2012.

_____
Honorable Edward J. Davila
United States District Judge