1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., | Case No: 5:10-cv-03961-EJD |
| Plaintiff, | **[~~PROPOSED~~] ORDER DISMISSING CLAIMS AGAINST GARVIN INDUSTRIES, INC., WITH PREJUDICE AND WITHOUT COSTS** |
| vs. | |
| FUJIAN HONGAN ELECTRIC CO., LTD., et al., | |
| Defendants. | |

        The Court having been advised by counsel for Leviton Manufacturing Co., Inc. ("Leviton") and Garvin Industries, Inc. ("Garvin") that a settlement has been reached between these parties, the claims asserted by Leviton against Garvin are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

        Entered this _23rd_ day of ____January____, 2013.


_____
Honorable Edward J. Davila
United States District Judge