UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> FUJIAN HONGAN ELECTRIC CO., LTD., et al., <br><br> Defendants. | Case No: 5:10-cv-03961-EJD <br><br> [PROPOSED] ORDER DISMISSING CLAIMS AGAINST WESTSIDE WHOLESALE ELECTRIC & LIGHTING, INC., WESTSIDE ELECTRIC WHOLESALE, INC., AND WESTSIDE WHOLESALE, INC., WITH PREJUDICE AND WITHOUT COSTS |

The Court having been advised by counsel for Leviton Manufacturing Co., Inc. ("Leviton") and Westside Wholesale Electric & Lighting, Inc., Westside Electric Wholesale, Inc., and Westside Wholesale, Inc. (collectively "Westside") that a settlement has been reached between these parties, the claims asserted by Leviton against Westside are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Entered this <u>13th</u> day of <u>  March  </u>, 2013.

_____
Honorable Edward J. Davila
United States District Judge