# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> FUJIAN HONGAN ELECTRIC CO., LTD., et al., <br><br> Defendants. | Case No: 5:10-cv-03961-EJD <br><br> [PROPOSED] ORDER DISMISSING CLAIMS AGAINST ROYAL PACIFIC LTD., WITH PREJUDICE AND WITHOUT COSTS <br><br> Judge: Honorable Edward J. Davila |

The Court having been advised by counsel for Leviton Manufacturing Co., Inc. ("Leviton") and Royal Pacific Ltd. ("Royal") that a settlement has been reached between these parties, the claims asserted by Leviton against Royal are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Entered this 23rd day of December, 2013.

_____
Honorable Edward J. Davila
United States District Judge