UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> FUJIAN HONGAN ELECTRIC CO., LTD., et al., <br><br> Defendants. | Case No: 5:10-cv-03961-EJD <br><br> [PROPOSED] ORDER DISMISSING CLAIMS AGAINST INTERLINE BRANDS, INC., DBA AF LIGHTING, WITH PREJUDICE AND WITHOUT COSTS <br><br> Judge: Honorable Edward J. Davila |

The Court having been advised by counsel for Leviton Manufacturing Co., Inc. ("Leviton") and Interline Brands, Inc., dba AF Lighting ("Interline") that a settlement has been reached between these parties, the claims asserted by Leviton against Interline are hereby dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

Entered this 27th day of December, 2013.

_____
Honorable Edward J. Davila
United States District Judge