# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> FUJIAN HONGAN ELECTRIC CO., LTD., et al., <br><br> Defendants. | Case No: 5:10-cv-03961-EJD <br><br> [~~XXXXXXXX~~] [PROPOSED] ORDER DISMISSING CLAIMS AGAINST MENARD, INC., WITH PREJUDICE AND WITHOUT COSTS <br><br> Judge: Honorable Edward J. Davila |

The Court having been advised by counsel for Leviton Manufacturing Co., Inc. ("Leviton") and Menard, Inc. ("Menard") that a settlement has been reached between these parties, the claims asserted by Leviton against Menard are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Entered this   7   day of       January       , 2014.

_____
Honorable Edward J. Davila
United States District Judge