**FOLEY & LARDNER LLP**
ARY CHANG, CA Bar No. 244247
  achang@foley.com
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130-3302
TELEPHONE:  858.847.6700
FACSIMILE:   858.792.6773

**FOLEY & LARDNER LLP**
LISA S. MANKOFSKY (Admitted Pro Hac Vice)
  lmankofsky@foley.com
3000 K STREET, N.W., SUITE 600
WASHINGTON, DC 20007-5109
TELEPHONE:  202.672.5300
FACSIMILE:   202.672.5399

Attorneys for Plaintiff
LEVITON MANUFACTURING CO., INC.

*IT IS SO ORDERED*
*Judge Edward J. Davila*
1/8/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> FUJIAN HONGAN ELECTRIC CO., LTD., et al., <br><br> Defendants. | Case No. 5:10-cv-03961-EJD <br><br> **LEVITON MANUFACTURING CO., INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br><br> Judge:   Honorable Edward J. Davila |

**NOTICE**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Leviton Manufacturing Co., Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby notices the voluntary dismissal of all remaining claims in the above-referenced action without prejudice.

DATED: January 7, 2014

**FOLEY & LARDNER LLP**
Lisa S. Mankofsky
Ary Chang

*/s/ Ary Chang*
Ary Chang
Attorneys for Plaintiff
LEVITON MANUFACTURING CO., INC.

**PROOF OF SERVICE**
**Electronic Filing with Mail Service**

I HEREBY CERTIFY that on January 7, 2014, I electronically filed the foregoing LEVITON MANUFACTURING CO., INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

ARY CHANG
achang@foley.com, lscott@foley.com

LISA MANKOFSKY
lmankofsky@foley.com

LEI MEI
mei@meimark.com

REECE WERNER NIENSTADT
rnienstadt@meimark.com

MICHAEL ALLEN PAINTER
painter@ikplaw.com, conaway@ikplaw.com

I further certify that I mailed the foregoing LEVITON MANUFACTURING CO., INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE and the notice of electronic filing by first-class mail to the following non CM/ECF participants:

| | |
|---|---|
| Ann G. Fort<br>Sutherland Asbill & Brennan<br>999 Peachtree Street, NE<br>Atlanta, GA 30309<br> (Attorney for General Protecht Group, Inc.) | Electrical Marketplace, Inc.<br>2411 NW 16 Lane, #3<br>Pompano Beach, FL 33064<br><br>Hardware and Tools Corp.<br>490 McGhee Road<br>Winchester, VA 22603 |
| Shanghai ELE Manufacturing Corporation<br>SEC 2 Xingcheng Industrial Zone<br>Qingpu, Shanghai 201703, CHINA | U.S.A. Isocanal, Inc.<br>d/b/a Lamps One and AH Lighting<br>2444 Hunter Street<br>Los Angeles, CA 90021 |
| American Electric Depot Inc.<br>56-24 199 St., 1 FL<br>Fresh Meadows, NY 11365 | Murray Lighting Co. Inc.<br>d/b/a Murray Lighting & Electrical Supply Co.<br>10227 West 8 Mile Road<br>Detroit, MI 48221 |
| Big Deal Electric Corp.<br>1208 E. Walnut Street, Suite H<br>Santa Ana, CA 92701 | |
| Contractor Lighting & Supply, Inc.<br>250 East Broad St., Suite 200<br>Columbus, OH 43215 | New Aspen Devices Corp.<br>59 Van Dam Street<br>Brooklyn, NY 11222 |

1  Orbit Industries, Inc.                    W.E. Aubuchon Co., Inc.
2  2100 S. Figueroa Street                   d/b/a Aubuchon Hardware
   Los Angeles, CA  90007                    95 Aubuchon Drive
3                                            Westminster, MA  01473
4
5
6
                          */s/ Ary Chang*
7                         Ary Chang
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28